1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL MESSENGER,

11                    Petitioner,                    No. CIV S-06-1772 RRB GGH P

12            vs.

13   BILL LOCKYER, et al.,

14                    Respondents.            ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.

19            Examination of the in forma pauperis affidavit reveals that petitioner is unable to

20   afford the costs of suit.  Accordingly, the request for leave to proceed in forma pauperis will be

21   granted.  See 28 U.S.C. § 1915(a).

22            The exhaustion of state court remedies is a prerequisite to the granting of a

23   petition for writ of habeas corpus.  28 U.S.C. § 2254(b)(1).  If exhaustion is to be waived, it must

24   be waived explicitly by respondent's counsel.  28 U.S.C. § 2254(b)(3).[1]  A waiver of exhaustion,

25   _____

26          [1]  A petition may be denied on the merits without exhaustion of state court remedies.  28
     U.S.C. § 2254(b)(2).

                                                 1

1   thus, may not be implied or inferred.  A petitioner satisfies the exhaustion requirement by

2   providing the highest state court with a full and fair opportunity to consider all claims before

3   presenting them to the federal court.  Picard v. Connor, 404 U.S. 270, 276, 92 S. Ct. 509, 512

4   (1971); Middleton v. Cupp, 768 F.2d 1083, 1086 (9th Cir.), cert. denied, 478 U.S. 1021, 102 S.

5   Ct. 1198 (1986).

6           After reviewing the petition for habeas corpus, it does not appear that petitioner

7   has exhausted state court remedies.  His claims have not been presented to the California

8   Supreme Court.  Accordingly, petitioner shall show cause why this action should not be

9   dismissed for his failure to exhaust state court remedies.

10          Good cause appearing, IT IS HEREBY ORDERED that:

11          1.  Petitioner is granted leave to proceed in forma pauperis;

12          2.  Within twenty days of the date of this order, petitioner shall show cause why

13  this action should not be dismissed for his failure to exhaust state court remedies.

14  DATED:  6/27/07

                                                /s/ Gregory G. Hollows

15                                              _____

16                                              UNITED STATES MAGISTRATE JUDGE

17
    mess1772.exh
18

19

20

21

22

23

24

25

26